# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| WANDA K. WILLIAMS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0200-S-BK |
| | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **ORDERS** that the Commissioner's decision is **REVERSED**, and this case is **REMANDED** for further proceedings consistent with the findings herein.

**SO ORDERED.**

SIGNED March 11, 2024.

_____
**UNITED STATES DISTRICT JUDGE**