# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| WANDA K. WILLIAMS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-0200-S-BK |
| | § | |
| COMMISSIONER, SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiff's Motion for Award of Attorney Fees, ECF No. 17, is **GRANTED** in the amount of $7,938.69.

**SO ORDERED.**

SIGNED April 18, 2024.

_____
**UNITED STATES DISTRICT JUDGE**